UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
STEVE BONGE, DOMINGO BUSTER,                    )
DANIEL CANALES, PAUL CASEY,                     )            Index No. 07cv4601
KIMBERLY CLOSSICK, BART DOWLING,                )            (SAS)(GWG)
LAWRENCE GARCIA, BARBARA HECKMAN,               )
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN            )            **AFFIDAVT OF**
MANNING, SCOTT NEWTON, and RICHARD WEST         )            **SERVICE**
                                                )

                         Plaintiffs,            )
     -against-
                                                )
THE CITY OF NEW YORK; and, NEW YORK CITY        )
POLICE DEPARTMENT DETECTIVE FRANK VEGA;         )
and NEW YORK CITY POLICE DEPARTMENT             )
OFFICIALS JOHN AND JANE DOE 1-50                )

                         Defendants.            )

------------------------------------------------------------------------ x

State of New York    )
                     ) ss.:
County of New York   )

   Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (New York State license number 1024905), and resides in the State of New Jersey:

   (1)   That on May 31, 2007 at 12:29 p.m., deponent served a true copy of the summons and complaint in the above-captioned matter upon defendant City of New York at the New York City Law Department, 100 Church St., New York, NY 10011. The documents were accepted and stamped by Madelyn Santana, docketing clerk #9.

   (2)   That on June 1, 2007 at 2:00 p.m., deponent served a true copy of the summons and complaint in the above-captioned matter upon defendant Det. Frank Vega at his place of employment, NYPD 9th Precinct, 321 East 5th St., New York, NY 10003.

1

The documents were accepted and signed for by Lt. Vazquez, 9th Detective Squad. Lt. Vazquez was Latina, approximately 40 years old, 5'2" tall, 140 pounds, with black hair.

(3)   That on June 11, 2007 at approximately 11:00 a.m., deponent mailed a true copy of the summons and complaint to Defendant Vega at the same address where he was served, in an envelope marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the defendant. The envelope was placed in a U.S. mailbox on 23rd Street, between 6th and 7th Avenues, New York, NY 10011.

_____
Luis R. Ayala
158 Carteret Street, Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 12th day of June 2007

_____
NOTARY PUBLIC

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

STEVE BONGE, et al.,

                Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   07 CV

CITY OF NEW YORK; and, NEW YORK CITY
POLICE DETECTIVE FRANK VEGA; and NEW
YORK CITY POLICE DEPARTMENT OFFICIALS
JOHN AND JANE DOE 1-50,   Defendants.

**07 CV 4601**
**JUDGE SCHEINDLIN**

TO: (Name and address of defendant)

City of New York
NYC Law Department
100 Church Street
New York, NY 10007

Det. Frank Vega
NYPD 9th Precinct
130 Avenue C
New York, NY 10009

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald L. Kuby
Daniel M. Perez
David Pressman
KUBY & PEREZ, LLP
119 West 23rd Street, Suite 900
New York, NY 10011

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

MAY 3 1 2007

DATE