UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| STEVE BONGE, DOMINGO BUSTER, DANIEL CANALES, PAUL CASEY, KIMBERLY CLOSSICK, BARBARA HECKMAN, CYNTHIA JORDAN, KEVIN LALKA, BRENDAN MANNING, SCOTT NEWTON, and RICHARD WEST, | **NOTICE OF APPEARANCE** <br><br> 07 Civ. 4601 (SAS)(GWG) |

Plaintiffs,

-against-

THE CITY OF NEW YORK; and, NEW YORK CITY
POLICE DEPARTMENT DETECTIVE FRANK VEGA;
and NEW YORK CITY POLICE DEPARTMENT
OFFICIALS JOHN AND JANE DOE 1-50,

Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       July 20, 2007

                         MICHAEL A. CARDOZO
                         Corporation Counsel of the City of New York
                         Attorney for defendant City of New York
                         100 Church St.
                         New York, New York  10007
                         (212) 788-0823

                         By: _____
                              Hillary A. Frommer (HF 9286)
                              Senior Counsel

To:    Ron L. Kuby (via ECF)

Index No. 07 Civ. 4601 (SAS)(GWG)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE BONGE, DOMINGO BUSTER, DANIEL CANALES, PAUL CASEY, KIMBERLY CLOSSICK, BARBARA HECKMAN, CYNTHIA JORDAN, KEVIN LALKA, BRENDAN MANNING, SCOTT NEWTON, and RICHARD WEST,

Plaintiffs,

-against-

THE CITY OF NEW YORK; and, NEW YORK CITY POLICE DEPARTMENT DETECTIVE FRANK VEGA; and NEW YORK CITY POLICE DEPARTMENT OFFICIALS JOHN AND JANE DOE 1-50,

Defendants.

## NOTICE OF APPEARANCE

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Hillary A. Frommer*
*Tel: (212) 788-0823*
*NYCLIS No. 2007-017583*

*Due and timely service is hereby admitted.*

*New York, N.Y. ..........................................., 200......*

*................................................................ Esq.*

*Attorney for ............................................................*