USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Bonye et al,          :

        Plaintiff,     :

- against -          :

City of New York et al.,   :

        Defendant(s).  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SCHEDULING ORDER**

07 Civ. 4601 (SAS)

Conference Date: ~~July 20, 2007~~ August 7, 2007

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties; ~~July 20~~ August 7, 2007
For Plaintiffs: Ronald Kuby, David Pressman
For Defendants City & Vega: Hillary Frommer

(2) a concise statement of the issues as they then appear; Plaintiffs claim that their premises were unlawfully searched and their property unlawfully seized. Plaintiff West claims he was falsely arrested. Defendants deny the allegations.

(3) a schedule including:

   (a) the names of persons to be deposed and a schedule of planned depositions;
Detective Villanueva, ADA Robert Ferrari, Lt. Dan Albano, Richard West, Judge Ellen Coin. Completed by November 30, 2007

   (b) a schedule for the production of documents; By September 7, 2007

   (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed; n/a

   (d) time when discovery is to be completed;
November 30, 2007

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

January 30, 2008      Dec. 31, 2007

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

February 21, 2008     JAN. 18, 2008

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_____Dec. 12 at 4:30_____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders; Redaction of CI name, identifying details.

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement; n/a

(6) anticipated fields of expert testimony, if any; n/a

(7) anticipated length of trial and whether to court or jury;

Two days, jury

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

Agreed

(9) names, addresses, phone numbers and signatures of counsel;

Ronald L. Kuby/David Pressman, 119 W. 23rd Street, Suite 900, NYC 10011
(212) 788-0823
Hillary Fromner, NYC Law Dept, 100 Church St, NY NY 10007

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.           8/7/07