UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
STEVE BONGE, DOMINGO BUSTER, ) Ind. No. 07cv4601
DANIEL CANALES, PAUL CASEY,
KIMBERLY CLOSSICK, BART DOWLING, )
LAWRENCE GARCIA, BARBARA HECKMAN,
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN )
MANNING, SCOTT NEWTON, and RICHARD WEST

                          Plaintiffs, )
  -against-
                                                   )

THE CITY OF NEW YORK; and, NEW YORK CITY
POLICE DEPARTMENT DETECTIVE JOHN )
VILLANUEVA; and NEW YORK CITY POLICE
DEPARTMENT OFFICIALS JOHN AND )
JANE DOE 1-50
                          Defendants. )
------------------------------------------------------------------ x

      PLEASE TAKE NOTICE, that the office of Kuby & Perez, LLP, Attorneys at Law, has been dissolved. The Law Office of Ronald L. Kuby has been retained to represent plaintiff(s) in the above-referenced matter and is located at the same address, 119 West 23rd Street, Suite 900, New York, NY 10011 with the same telephone (212-529-0223) and fax numbers (212-529-0644). Attorneys on this case will be Ronald L. Kuby [RK-1879] (ron@kubylaw.com) and David Pressman [DP-9136] (dpressman@kubylaw.com).

DATED:    New York, NY
              August 9, 2007

                                      RONALD L. KUBY
                                      Law Office of Ronald L. Kuby
                                      119 West 23rd Street, Suite 900
                                       New York, NY 10011
                                       (212) 529-0223