UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVE BONGE, et al.,             Index No. : 07 CV 4601

           Plaintiffs,             **AFFIDAVIT OF SERVICE**

     -against-

THE CITY OF NEW YORK, et al.,

           Defendants.

---

State of New York   )
                       ) ss.:
County of New York )

     Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (New York state license number 1024905), and resides in the State of New Jersey:

     (1)    That on the 2nd day of August 2007 at 5:54 p.m., deponent served a Second Amended Summons and Second Amended Complaint in the above-captioned matter upon the City of New York, Office of Corporation Counsel, 100 Church Street, New York, NY 10007. The documents were accepted and stamped by Docketing Clerk Madeleine Santana (#9), a person authorized to accept service for the City of New York.

     (2)    That on the 2nd day of August 2007 at 8:20 p.m., deponent served a Second Amended Summons and Second Amended Complaint in the above-captioned matter upon John Villaneuva at his place of employment, NYPD 9th Precinct, 321 East 5th Street, New York, NY 10009. The documents were accepted by P.O. Beirne (#17848), a white male, approximately 35 years old, 215 pounds, 6' tall with brown/gray hair.

(3)     That on the 8th day of August 2007, deponent mailed true copies of the Second Amended Summons and Second Amended Complaint to defendant John Villaneuva the same address where he was served as indicated in paragraph (2) above. The envelope was marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the individual. The envelope was placed in a U.S. mailbox at 23rd Street and 6th Avenue, New York, NY.

Luis R. Ayala
158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 4th day of September 2007

_____
Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009

2

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

STEVE BONGE, et al.,

Plaintiff,

V.

CITY OF NEW YORK; and, NEW YORK CITY POLICE DETECTIVE JOHN VILLANUEVA, and NEW YORK CITY POLICE DEPARTMENT OFFICIALS JOHN AND JANE DOE 1-50,
Defendants.

*Second Amended*
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   07 CV 4601

TO: (Name and address of defendant)

City of New York
NYC Law Department
100 Church Street
New York, NY  10007

Det. John Villanueva
NYPD 9th Precinct
321 East 5th Street
New York, NY  10009

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald L. Kuby
David Pressman
Law Office of Ronald L. Kuby
119 West 23rd Street, Suite 900
New York, NY 10011

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*Marcos Quintero* (signature)

(BY) DEPUTY CLERK

AUG 0 2 2007
DATE