UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
STEVE BONGE, DOMINGO BUSTER,           )   07 Civ. 4601 (SAS)(GWG)
DANIEL CANALES, PAUL CASEY,            )
KIMBERLY CLOSSICK, BART DOWLING,       )   **FIRST AMENDED**
LAWRENCE GARCIA, BARBARA HECKMAN,      )   **SCHEDULING ORDER**
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN   )
MANNING, SCOTT NEWTON, and RICHARD WEST)
                                       )
             Plaintiffs,               )
    -against-                          )
                                       )
THE CITY OF NEW YORK; and, NEW YORK CITY)
POLICE DEPARTMENT DETECTIVE JOHN       )
VILLANUEVA; and NEW YORK CITY POLICE   )
DEPARTMENT OFFICIALS JOHN AND          )
JANE DOE 1-50                          )
             Defendants.               )
-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/07

The Scheduling Order issued on August 7, 2007 is hereby amended, as follows:

Depositions shall be completed by Monday, December 31, 2007.

Discovery shall be completed by Monday, December 31, 2007.

Plaintiff will supply its pre-trial order matters to defendant by January 31, 2008.

Parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial by February 15, 2008.

The date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d) (originally scheduled by the Court for December 12, 2007) shall be January 18 at 4:30

SO ORDERED:

Hon. Shira A. Scheindlin, U.S.D.J.