UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
STEVE BONGE, DOMINGO BUSTER,                )    07 Civ. 4601 (SAS)(GWG)
DANIEL CANALES, PAUL CASEY,                 )
KIMBERLY CLOSSICK, BART DOWLING,            )    **FIRST AMENDED**
LAWRENCE GARCIA, BARBARA HECKMAN,           )    **SCHEDULING ORDER**
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN        )
MANNING, SCOTT NEWTON, and RICHARD WEST     )
                                            )
                Plaintiffs,                 )
        -against-                           )
                                            )
THE CITY OF NEW YORK; and, NEW YORK CITY    )
POLICE DEPARTMENT DETECTIVE JOHN            )
VILLANUEVA; and NEW YORK CITY POLICE        )
DEPARTMENT OFFICIALS JOHN AND               )
JANE DOE 1-50                               )
                Defendants.                 )
------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/07

The Scheduling Order issued on August 7, 2007 is hereby amended, as follows:

Depositions shall be completed by Monday, December 31, 2007.

Discovery shall be completed by Monday, December 31, 2007.

Plaintiff will supply its pre-trial order matters to defendant by January 31, 2008.

Parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial by February 15, 2008.

The date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d) (originally scheduled by the Court for December 12, 2007) shall be January 18 at 4:30

SO ORDERED:

Hon. Shira A. Scheindlin, U.S.D.J.

# LAW OFFICE OF RONALD L. KUBY

ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY

GEORGE WACHTEL
DAVID PRESSMAN

STAFF
SUSAN BAILEY

PROCESS SERVER
LUIS R. AYALA

November 16, 2007

*Via Facsimile*
Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

RE:   <u>Bonge v. City of New York, et al.</u>, 07 Civ. 4601 (SAS)(GWG)

Dear Judge Scheindlin:

    This office represents Plaintiffs in the above-entitled action stemming from the New York Police Department's search of the Hells Angels Motorcycle Clubhouse and the private, residential apartments above it. Pursuant to the Scheduling Order issued by the Court, depositions and discovery are to be completed by November 30, 2007. We write, in an application joined by Defendants' counsel, to request a brief thirty-day enlargement of time for discovery.

    This week, the parties deposed Assistant District Attorney Robert Ferrari, who was involved in obtaining the search warrant at issue in this case. The deposition of ADA Ferrari clarified a number of facts, and ACC Frommer has represented to us that she needs time to discuss settlement authority with the various powers that be. ACC Frommer has requested, and Magistrate Judge Gorenstein has ordered, the previously scheduled settlement conference adjourned until January 7, 2008. The Ferrari deposition also revealed factual issues that may require further exploration by Plaintiffs' counsel and a couple additional depositions. As such, the parties are jointly requesting an additional 30 days for discovery in this matter. This is the first request for additional time under the original Scheduling Order issued by the Court.

    Pursuant to Your Honor's Individual Rules and Procedures, attached please find a proposed Scheduling Order reflecting a thirty-day enlargement of time for discovery, and adjusting all subsequent dates accordingly. A space has been left for the Court to schedule the final pre-trial conference, currently scheduled for December 12, 2007.

    Thank you for your consideration and time.

Sincerely yours,

DAVID PRESSMAN [DP-9136]
*Attorney for Plaintiffs*

cc:   ACC Hillary Frommer (*Via Facsimile* - (212) 788-9776)