UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
STEVE BONGE, DOMINGO BUSTER,　　　　　　　) Ind. No. 07cv4601 (SAS)
DANIEL CANALES, PAUL CASEY,
KIMBERLY CLOSSICK, BART DOWLING,　　　　) MOTION FOR
LAWRENCE GARCIA, BARBARA HECKMAN,　　　　　SUBSTITUTION OF
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN　　) COUNSEL
MANNING, SCOTT NEWTON, and RICHARD WEST

　　　　　　　　　　　Plaintiffs,　　　　　　　)
　　-against-
　　　　　　　　　　　　　　　　　　　　　　　)
THE CITY OF NEW YORK; and, NEW YORK CITY
POLICE DEPARTMENT DETECTIVE JOHN　　　　　)
VILLANUEVA; and NEW YORK CITY POLICE
DEPARTMENT OFFICIALS JOHN AND　　　　　　　)
JANE DOE 1-50
　　　　　　　　　　　Defendants.　　　　　　　)
------------------------------------------------------------------------ x

　　　　PLEASE TAKE NOTICE that upon the annexed affidavit of Ronald L. Kuby,

Plaintiffs moves to have the Law Office of Ronald L. Kuby substituted as counsel in the

above-referenced matter, replacing Kuby & Perez LLP, as counsel for Plaintiffs.

DATED:　　　New York, New York
　　　　　　　November 27, 2007

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　Ronald L. Kuby
　　　　　　　　　　　　　　　　　　　　　　Law Office of Ronald L. Kuby
　　　　　　　　　　　　　　　　　　　　　　119 West 23rd Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10011
　　　　　　　　　　　　　　　　　　　　　　(212) 529-0223

SO ORDERED:

_____
Shira Ann Scheindlin, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
STEVE BONGE, DOMINGO BUSTER,　　　　　　) Ind. No. 07cv4601 (SAS)
DANIEL CANALES, PAUL CASEY,
KIMBERLY CLOSSICK, BART DOWLING,　　　　) AFFIDAVIT PURSUANT
LAWRENCE GARCIA, BARBARA HECKMAN,　　　　TO LOCAL RULE 1.4
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN　 )
MANNING, SCOTT NEWTON, and RICHARD WEST

　　　　　　　　　　　Plaintiffs,　　　　　　　)
　　-against-
　　　　　　　　　　　　　　　　　　　　　　　)
THE CITY OF NEW YORK; and, NEW YORK CITY
POLICE DEPARTMENT DETECTIVE JOHN　　　　)
VILLANUEVA; and NEW YORK CITY POLICE
DEPARTMENT OFFICIALS JOHN AND　　　　　　)
JANE DOE 1-50
　　　　　　　　　　　Defendants.　　　　　　　)
------------------------------------------------------------------ x
State of New York　　)
　　　　　　　　　　　) ss.:
County of New York　 )

　　　　RONALD L. KUBY, being duly sworn deposes and says that the deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York:

　　　　(1)　　I was a partner in the firm Kuby & Perez, LLP. My former partner, Daniel M. Perez was the lead attorney in the above-referenced matter. I have been fully involved in litigating this case since its inception.

　　　　(2)　　When the office of Kuby & Perez, LLP dissolved in August 2007, I assumed responsibility for this case. My office is now named the Law Office of Ronald L. Kuby. Plaintiff McDermott has signed a new retainer agreement with the Law Office of Ronald L. Kuby. The office remains at the same address that Kuby & Perez LLP occupied: 119 West 23rd Street, Suite 900, New York, NY 10011 with the same telephone (212-529-

0223) and fax numbers (212-529-0644).  Attorneys responsible for this case and who should be noticed will be Ronald L. Kuby [RK-1879] (ron@kubylaw.com) and David Pressman [DP-9136] (dpressman@kubylaw.com).  Mr. Perez is no longer counsel and should not be noticed.

DATED:    New York, NY
          November 27, 2007

                                        _____
                                        RONALD L. KUBY
                                        Law Office of Ronald L. Kuby
                                        119 West 23rd Street, Suite 900
                                        New York, NY  10011
                                        (212) 529-0223