UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
STEVE BONGE, DOMINGO BUSTER, ) Ind. No. 07cv4601 (SAS)
DANIEL CANALES, PAUL CASEY,
KIMBERLY CLOSSICK, BART DOWLING, ) MOTION FOR
LAWRENCE GARCIA, BARBARA HECKMAN,   SUBSTITUTION OF
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN ) COUNSEL
MANNING, SCOTT NEWTON, and RICHARD WEST

               Plaintiffs,         )
  -against-
                                 )

THE CITY OF NEW YORK; and, NEW YORK CITY
POLICE DEPARTMENT DETECTIVE JOHN            )
VILLANUEVA; and NEW YORK CITY POLICE
DEPARTMENT OFFICIALS JOHN AND               )
JANE DOE 1-50
               Defendants.         )
------------------------------------------------------------------- x



PLEASE TAKE NOTICE that upon the annexed affidavit of Ronald L. Kuby,

Plaintiffs moves to have the Law Office of Ronald L. Kuby substituted as counsel in the

above-referenced matter, replacing Kuby & Perez LLP, as counsel for Plaintiffs.

DATED:   New York, New York
          November 27, 2007

                                                       Respectfully submitted,

                                                       Ronald L. Kuby
                                                       Law Office of Ronald L. Kuby
                                                       119 West 23rd Street, Suite 900
                                                       New York, NY 10011
                                                       (212) 529-0223

SO ORDERED:
_____
Shira Ann Scheindlin, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
STEVE BONGE, DOMINGO BUSTER,                    ) Ind. No. 07cv4601 (SAS)
DANIEL CANALES, PAUL CASEY,
KIMBERLY CLOSSICK, BART DOWLING,                ) AFFIDAVIT PURSUANT
LAWRENCE GARCIA, BARBARA HECKMAN,                  TO LOCAL RULE 1.4
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN             )
MANNING, SCOTT NEWTON, and RICHARD WEST

                 Plaintiffs,            )
   -against-

                                              )
THE CITY OF NEW YORK; and, NEW YORK CITY
POLICE DEPARTMENT DETECTIVE JOHN                )
VILLANUEVA; and NEW YORK CITY POLICE
DEPARTMENT OFFICIALS JOHN AND                   )
JANE DOE 1-50
               Defendants.             )
------------------------------------------------------------------ x
State of New York    )
                  ) ss.:
County of New York  )

    RONALD L. KUBY, being duly sworn deposes and says that the deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York:

    (1)    I was a partner in the firm Kuby & Perez, LLP. My former partner, Daniel M. Perez was the lead attorney in the above-referenced matter. I have been fully involved in litigating this case since its inception.

    (2)    When the office of Kuby & Perez, LLP dissolved in August 2007, I assumed responsibility for this case. My office is now named the Law Office of Ronald L. Kuby. Plaintiffs have signed new retainer agreements with the Law Office of Ronald L. Kuby. The office remains at the same address that Kuby & Perez LLP occupied: 119 West 23rd Street, Suite 900, New York, NY 10011 with the same telephone (212-529-0223) and

fax numbers (212-529-0644). Attorneys responsible for this case and who should be noticed will be Ronald L. Kuby [RK-1879] (ron@kubylaw.com) and David Pressman [DP-9136] (dpressman@kubylaw.com). Mr. Perez is no longer counsel and should not be noticed.

DATED:    New York, NY
          November 27, 2007

_[signature]_

RONALD L. KUBY
Law Office of Ronald L. Kuby
119 West 23rd Street, Suite 900
New York, NY 10011
(212) 529-0223