UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STEVE BONGE, DOMINGO BUSTER,                    ) Ind. No. 07cv4601 (SAS)(GWG)
DANIEL CANALES, PAUL CASEY,
KIMBERLY CLOSSICK, BART DOWLING,                )
LAWRENCE GARCIA, BARBARA HECKMAN,
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN             )
MANNING, SCOTT NEWTON, and RICHARD WEST

                          Plaintiffs,                    )
  -against-
                                               )
THE CITY OF NEW YORK; and, NEW YORK CITY
POLICE DEPARTMENT DETECTIVE JOHN                )
VILLANUEVA; and NEW YORK CITY POLICE
DEPARTMENT OFFICIALS JOHN AND                   )
JANE DOE 1-50
                        Defendants.                    )
------------------------------------------------------------------x

## AFFIRMATION OF SERVICE

DAVID PRESSMAN, an attorney duly admitted to practice before the courts of the State of New York, and a member of the bar of this Court, hereby affirms under the pains and penalties of perjury that on November 29, 2007, he caused to be served a true copy of Plaintiffs' First Requests for Admission and Supporting Exhibits upon ACC Hillary Frommer, Office of Corporation Counsel, 100 Church Street, New York, NY 10007 by hand.

Dated: New York, New York
       November 29, 2007

                                                                         _____
                                                                         DAVID PRESSMAN