

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

HILLARY A. FROMMER
*Senior Counsel*
Phone: (212) 788-0823
Fax: (212) 788-9776
hfrommer@law.nyc.gov

December 12, 2007

**VIA HAND DELIVERY**
The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  <u>Bonge v. The City of New York et al.</u>
           07 Civ. 4601 (SAS) (GWG)

Dear Judge Scheindlin:

       I am the Senior Counsel with the Office of the Corporation Counsel representing defendants City and Detective John Villanueva in the above-referenced matter. With plaintiffs' consent, I write to respectfully request an extension of time from <u>December 31, 2007</u> until April 11, 2008 in which to complete discovery. This is the parties' second request for an extension of time.

       At the initial conference, the parties sincerely believed that this case required limited fact discovery, such as the exchange of discrete document discovery and few depositions. To date, the parties have exchanged initial disclosures, some written discovery, and have completed the deposition of Assistant District Attorney Robert Ferrari. The parties also noticed the depositions for plaintiffs, defendant Villanueva and non-party police personnel and counsel are working to schedule those depositions. However, based on information that has developed over the last several weeks, this matter has evolved into one requiring extensive fact discovery. After discussing this issue with plaintiffs' counsel, it appears that approximately twenty (20) depositions will need to be conducted. The parties cannot conduct these depositions in the next two weeks. Due to the number of depositions contemplated and necessary additional document discovery and the schedules of all counsel, the parties respectfully request until April 11, 2008 in which to complete discovery.

   The parties also respectfully submit the proposed Amended Scheduling Order for the Court's approval.

   Depositions shall be completed by April 11, 2008.

   Discovery shall be completed by April 11, 2008.

   Plaintiffs will supply their pre-trial order matters to defendants by May 16, 2008.

   Parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs either (1) proposed findings of fact and conclusions of law for a non jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial buy June 2, 2008.

   The date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d) (scheduled by the Court for January 18, 2008 at 4:30 p.m.) shall be __May 6, 2008, at 4:30 p.m.__

   I thank the Court for its consideration in this matter.

*[Handwritten annotation: "There will be no further extensions."]*

Respectfully submitted,

*[Signature]*

Hillary A. Frommer
Senior Counsel

*[Handwritten: "SO ORDERED"]*
*[Signature] Shira A. Scheindlin, USDJ*

cc: Ronald L. Kuby, Esq. (via facsimile)

Date: Dec. 17, 2007

2