UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
STEVE BONGE, DOMINGO BUSTER, ) Ind. No. 07cv4601
DANIEL CANALES, PAUL CASEY,
KIMBERLY CLOSSICK, BART DOWLING, )
LAWRENCE GARCIA, BARBARA HECKMAN,
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN )
MANNING, SCOTT NEWTON, and RICHARD WEST
                                              )

                         Plaintiffs,          )
    -against-
                                              )
THE CITY OF NEW YORK; and, NEW YORK CITY
POLICE DEPARTMENT DETECTIVE JOHN              )
VILLANUEVA; and NEW YORK CITY POLICE
DEPARTMENT OFFICIALS JOHN AND                 )
JANE DOE 1-50
                         Defendants.          )

------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

    I, David Pressman, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on December 28, 2007, I served the annexed Plaintiffs' First Set of Interrogatories and Requests for Production of Documents upon the following counsel of record by depositing a copy of same, enclosed in a first-class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to said attorney at the address set forth below, being the address designated by said attorney for that purpose:

        Hillary A. Frommer, Esq.
        Senior Corporation Counsel
        City of New York Law Department
        100 Church Street
        New York, New York 10007

Dated: New York, New York
       December 28, 2007

                                                  DAVID PRESSMAN [DP-9136]