UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
STEVE BONGE, DOMINGO BUSTER,                )   Ind. No. 07cv4601
DANIEL CANALES, PAUL CASEY,
KIMBERLY CLOSSICK, BART DOWLING,            )
LAWRENCE GARCIA, BARBARA HECKMAN,
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN         )
MANNING, SCOTT NEWTON, and RICHARD WEST
                                             )

                        Plaintiffs,          )
    -against-
                                             )
THE CITY OF NEW YORK; and, NEW YORK CITY
POLICE DEPARTMENT DETECTIVE JOHN             )
VILLANUEVA; and NEW YORK CITY POLICE
DEPARTMENT OFFICIALS JOHN AND                )
JANE DOE 1-50
                        Defendants.          )

------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, David Pressman, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on January 15, 2008, I served Plaintiffs' Responses to Defendants' First Set of Interrogatories and Requests for Production upon the following counsel of record by hand delivery directed to said attorney at the address set forth below, being the address designated by said attorney for that purpose:

> Hillary A. Frommer, Esq.
> Office of Corporation Counsel
> City of New York Law Department
> 100 Church Street
> New York, New York 10007

Dated: New York, New York
       January 15, 2008

DAVID PRESSMAN [DP-9136]