UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STEVE BONGE, DOMINGO BUSTER,                )Ind. No. 07cv4601 (SAS)(GWG)
DANIEL CANALES, PAUL CASEY,
KIMBERLY CLOSSICK, BART DOWLING,            )
LAWRENCE GARCIA, BARBARA HECKMAN,
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN   )
MANNING, SCOTT NEWTON, and RICHARD WEST

                               Plaintiffs,                )
  -against-
                                                     )

THE CITY OF NEW YORK; and, NEW YORK CITY
POLICE DEPARTMENT DETECTIVE JOHN            )
VILLANUEVA; and NEW YORK CITY POLICE
DEPARTMENT OFFICIALS JOHN AND               )
JANE DOE 1-50
                              Defendants.            )
------------------------------------------------------------------x

## AFFIRMATION OF SERVICE

DAVID PRESSMAN, an attorney duly admitted to practice before the courts of the State of New York, and a member of the bar of this Court, hereby affirms under the pains and penalties of perjury that on February 15, 2008, he caused to be served a true copy of Plaintiffs' Responses to Defendants' Second Request for Production of Documents upon ACC Hillary Frommer, Office of Corporation Counsel, 100 Church Street, New York, NY 10007 by pre-paid, first class United States mail.

Dated: New York, New York
       February 15, 2008

                                                       DAVID PRESSMAN