UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STEVE BONGE, DOMINGO BUSTER,              )Ind. No. 07cv4601 (SAS)(GWG)
DANIEL CANALES, PAUL CASEY,
KIMBERLY CLOSSICK, BART DOWLING,      )
LAWRENCE GARCIA, BARBARA HECKMAN,
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN  )
MANNING, SCOTT NEWTON, and RICHARD WEST

                          Plaintiffs,        )
    -against-
                                                )
THE CITY OF NEW YORK; and, NEW YORK CITY
POLICE DEPARTMENT DETECTIVE JOHN        )
VILLANUEVA; and NEW YORK CITY POLICE
DEPARTMENT OFFICIALS JOHN AND             )
JANE DOE 1-50
                          Defendants.      )
------------------------------------------------------------------x

## AFFIRMATION OF SERVICE

DAVID PRESSMAN, an attorney duly admitted to practice before the courts of the State of New York, and a member of the bar of this Court, hereby affirms under the pains and penalties of perjury that on February 15, 2008, he caused to be served a true copy of Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents upon ACC Hillary Frommer, Office of Corporation Counsel, 100 Church Street, New York, NY 10007 by pre-paid, first class United States mail.

Dated: New York, New York
       February 15, 2008

_____
DAVID PRESSMAN