UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEVE BONGE, DOMINGO BUSTER,              ) Ind. No. 07cv4601 (SAS)(GWG)
DANIEL CANALES, PAUL CASEY,
KIMBERLY CLOSSICK, BART DOWLING,          )
LAWRENCE GARCIA, BARBARA HECKMAN,
CYNTHIA JORDAN, KEVIN LALKA, BRENDAN      )
MANNING, SCOTT NEWTON, and RICHARD WEST

                        Plaintiffs,           )
   -against-
                                                 )
THE CITY OF NEW YORK; and, NEW YORK CITY
POLICE DEPARTMENT DETECTIVE JOHN          )
VILLANUEVA; and NEW YORK CITY POLICE
DEPARTMENT OFFICIALS JOHN AND             )
JANE DOE 1-50
                        Defendants.          )
------------------------------------------------------------x

## AFFIRMATION OF SERVICE

DAVID PRESSMAN, an attorney duly admitted to practice before the courts of the State of New York, and a member of the bar of this Court, hereby affirms under the pains and penalties of perjury that on February 29, 2008, he caused to be served a true copy of Plaintiffs' Third Set of Interrogatories and Requests for Production of Documents upon ACC Hillary Frommer, Office of Corporation Counsel, 100 Church Street, New York, NY 10007 by e-mail and by pre-paid, first class United States mail.

Dated: New York, New York
        February 29, 2008

                                                          DAVID PRESSMAN