# LAW OFFICE OF RONALD L. KUBY

**ATTORNEYS AT LAW**

119 WEST 23ᴿᴰ STREET, SUITE 900

NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223

FAX: (212) 529-0644

WWW.KUBYLAW.COM

RONALD L. KUBY

GEORGE WACHTEL

DAVID PRESSMAN

STAFF

SUSAN BAILEY

PROCESS SERVER

LUIS R. AYALA

March 19, 2008



*Via Facsimile*
Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

RE:    **Bonge v. City of New York, et al.**, 07 Civ. 4601 (SAS)(GWG)

Dear Judge Scheindlin:

This office represents Plaintiffs in the above-captioned matter. I write to seek leave to conduct two depositions beyond the ten authorized by the Federal Rules. Defendants have consented to this request, subject to these depositions being scheduled after April 11, 2008 (the date discovery is set to close) due to Defense counsels' schedule. Plaintiffs have no objection to scheduling these two depositions shortly after April 11th.

By way of background, Plaintiffs seek to depose two NYPD witnesses who participated in the January 29, 2007 raid on 77 East Third Street. In addition to their involvement in the instant raid, one of the witnesses, upon information and belief, also participated in a prior raid on 77 East Third Street. This was discovered by Plaintiffs counsel after reviewing documents recently disclosed by Defendants. The other witness has authored documents, recently disclosed to Plaintiffs, detailing a lengthy relationship between the residents of 77 East Third Street and officers in the 9th Precinct.

Accordingly, Plaintiffs seek—with the consent of Defendants—leave to conduct these additional depositions shortly after the close of discovery in order to accommodate Defense counsels' schedule.

Thank you for your time and consideration.

Sincerely yours,
LAW OFFICE OF RONALD L. KUBY

DAVID PRESSMAN, ESQ. [DP-9136]
Attorneys for Plaintiffs

cc:    ACC Hillary Frommer (via facsimile)(212-788-9776)

*[Handwritten annotations:]* Request granted. Two additional depositions may be taken by plaintiff but must be completed by [illegible].

April 30, 2008. So Ordered [signature] USDJ 3/19/08