# LAW OFFICE OF RONALD L. KUBY
### ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY

GEORGE WACHTEL
DAVID PRESSMAN

STAFF
SUSAN BAILEY
PROCESS SERVER
LUIS R. AYALA

April 8, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

APR 08 2008
JUDGE SCHEINDLIN

*Via Facsimile*
Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

RE: **Bonge v. City of New York, et al.**, 07 Civ. 4601 (SAS)(GWG)

Dear Judge Scheindlin:

This office represents Plaintiffs in the above-referenced matter. Plaintiffs and Defendants submit this joint-request for leave to schedule the deposition of Plaintiff Domingo Buster on or about April 18, 2008. As the Court is aware, depositions were ordered to be complete in this matter by Friday, April 11, 2008.

Mr. Buster is currently being treated for a serious medical issue that prevents his participation in a deposition prior to April 18th. While Mr. Buster's condition is somewhat unpredictable, he and his doctors anticipate his condition will be such that he can be deposed on April 18th. I have discussed this matter with Defendants' counsel and all parties have agreed to request leave of the Court to reschedule Mr. Buster's deposition for April 18, 2008.

We apologize for the inconvenience and appreciate your consideration and understanding.

*The parties' request is granted. The deposition of plaintiff Domingo Buster may be conducted by April 18, 2008. All other depositions must be completed by the April 11, 2008 deadline.*

Sincerely yours,
LAW OFFICE OF RONALD L. KUBY

DAVID PRESSMAN [DP-9136]
Attorneys for Plaintiffs

cc: ACC Michael Chestnov [*via facsimile* (212) 788-9776]

SO ORDERED:

Date:
April 8,
2008.

Shira A. Scheindlin, USDJ