UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

STEVE BONGE, DOMINGO BUSTER, DANIEL CANALES, PAUL CASEY, KIMBERLY CLOSSICK, BART DOWLING, LAWRENCE GARCIA, BARBARA HECKMAN, CYNTHIA JORDAN, KEVIN LALKA, BRENDAN MANNING, SCOTT NEWTON, and RICHARD WEST,

          Plaintiffs,

   -against-

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT DETECTIVE JOHN VILLANUEVA and NEW YORK CITY POLICE DEPARTMENT OFFICIALS JOHN AND JANE DOE 1-50,

          Defendants.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 4601 (SAS)(GWG)

    **PLEASE TAKE NOTICE** that **Michael Chestnov**, Assistant Corporation Counsel, should be added as an additional counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and John Villanueva.

Dated: New York, New York
    May 5, 2008

          MICHAEL A. CARDOZO
          Corporation Counsel
            of the City of New York
          Attorney for Defendants
          100 Church Street, Room 3-143
          New York, New York 10007
          (212) 788-0991

         By: ___/s_____
            Michael Chestnov
            Assistant Corporation Counsel
            Special Federal Litigation Division

-2-

To:    Ronald L. Kuby, Esq.
David Pressman, Esq.
The Law Office of Ronald L. Kuby
Attorneys for plaintiffs
119 West 23rd Street, Suite 900
New York, NY 10011 (by E.C.F.)

Index No. 07 Civ. 4601 (SAS)(GWG)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE BONGE, DOMINGO BUSTER, DANIEL CANALES, PAUL CASEY, KIMBERLY CLOSSICK, BART DOWLING, LAWRENCE GARCIA, BARBARA HECKMAN, CYNTHIA JORDAN, KEVIN LALKA, BRENDAN MANNING, SCOTT NEWTON, and RICHARD WEST,

Plaintiffs,

-against-

THE CITY OF NEW YORK; and, NEW YORK CITY POLICE DEPARTMENT DETECTIVE JOHN VILLANUEVA; and NEW YORK CITY POLICE DEPARTMENT OFFICIALS JOHN AND JANE DOE 1-50,

Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants City and Villaneuva*
*100 Church Street*
*New York, N.Y.  10007*

*Of Counsel:  Hillary A. Frommer*
*Tel:  (212) 788-0823*
*NYCLIS No. 2007-017583*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ......................................................, 200......*

*.................................................................................. Esq.*

*Attorney for............................................................................*