# LAW OFFICE OF RONALD L. KUBY
### ATTORNEYS AT LAW
119 WEST 23RD STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
GEORGE WACHTEL
DAVID PRESSMAN

STAFF
SUSAN BAILEY

PROCESS SERVER
Luis R. Ayala

May 9, 2008

*Via Facsimile*
Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

RE:   **Bonge v. City of New York, et al.**, 07 Civ. 4601 (SAS)(GWG)

Dear Judge Scheindlin:

This office represents Plaintiffs in the above-referenced civil rights action. We write to seek a 15-day adjournment of the due date for the parties' Joint Pretrial Order. Defendants consent to this request.

As the Court may recall, this past Tuesday the parties appeared for a final pre-trial conference before Your Honor. Since that appearance, there have been a number of developments which lead to the instant request. On Wednesday, the parties participated in a telephonic conference call with Hon. Gabriel W. Gorenstein. Judge Gorenstein has scheduled a settlement conference in this matter on May 27, 2008, and has ordered the appearance of Mr. Bernard Londin, from the City's Office of the Comptroller, at that conference. Similarly, Judge Gorenstein directed the parties to engage in serious settlement discussions prior to the conference. The parties have begun candid discussions about a framework for settlement. Additionally, since our appearance on Tuesday, both Plaintiffs and Defendants have decided not to file any summary judgment motions in this matter.

In light of the recently scheduled settlement conference before Judge Gorenstein, the absence of dispositive motion practice, and the ongoing informal discussions amongst the parties, we write to request that the Joint Pretrial Order, currently due on June 9, 2008, be due on June 24, 2008. It is our hope that this additional time will allow the parties time to fully commit to the settlement process Judge Gorenstein has initiated.

We thank the Court for its time and consideration.

Respectfully submitted,
LAW OFFICE OF RONALD L. KUBY

DAVID PRESSMAN [DP-9136]
Attorneys for Plaintiffs

cc:   ACC Hillary Frommer, Attorney for Defendants [via facsimile (212) 788-9776]

*[Handwritten note: Request granted. The joint pretrial order is due on June 24, 2008. No further adjournments will be granted. SAS USDJ 5/9/08]*