USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

# LAW OFFICE OF RONALD L. KUBY
ATTORNEYS AT LAW
119 WEST 23ʀᴅ STREET, SUITE 900
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 529-0223
FAX: (212) 529-0644
WWW.KUBYLAW.COM

RONALD L. KUBY
GEORGE WACHTEL
DAVID PRESSMAN

STAFF
SUSAN BAILEY
PROCESS SERVER
LUIS R. AYALA

May 21, 2008

RECEIVED
CHAMBERS OF
MAY 2 2008
JUDGE SCHEINDLIN

*Via Facsimile*
Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

**RE:    Bonge v. City of New York, et al.**, 07 Civ. 4601 (SAS)(GWG)

Dear Judge Scheindlin:

Yesterday I received a telephone call from Chambers advising that the Court, at Plaintiffs' request, had cancelled the July 7th back-up trial date in the above-referenced matter. We thank the Court for its consideration on this scheduling issue.

At the direction of Your Honor's law clerk, I have conferred with Ms. Frommer and calculated a proposed due date for the Joint Pretrial Order based upon the current schedule. In light of the presently scheduled back-up trial date of September 22, 2008, Plaintiffs and Defendants jointly propose that the Joint Pretrial Order be due to the Court on September 9, 2008.

We appreciate the Court's time and consideration.

Sincerely yours,
LAW OFFICE OF RONALD L. KUBY

DAVID PRESSMAN [DP-9136]

cc:    Ms. Hillary Frommer, Esq. [*via facsimile* (212) 788-9776]

*[Handwritten annotation: Request granted. The joint pretrial order must be submitted by September 9, 2008.]*

*[Handwritten: So Ordered: [signature] 5/21/08]*