UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| STEVE BONGE, DOMINGO BUSTER, DANIEL CANALES, PAUL CASEY, KIMBERLY CLOSSICK, BART DOWLING, LAWRENCE GARCIA, BARBARA HECKMAN, CYNTHIA JORDAN, KEVIN LALKA, BRENDAN MANNING, SCOTT NEWTON, and RICHARD WEST, | **NOTICE OF APPEARANCE**<br><br>07 Civ. 4601 (SAS)(GWG) |

                                                        Plaintiffs,

                                     -against-

THE CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT DETECTIVE JOHN VILLANUEVA and NEW YORK CITY POLICE DEPARTMENT OFFICIALS JOHN AND JANE DOE 1-50,

                                                 Defendants.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that **Johana Castro**, Assistant Corporation Counsel, should be added as an additional counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York and John Villanueva.

Dated: New York, New York
         August 7, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                                  of the City of New York
                                              Attorney for Defendants
                                              100 Church Street, Room 3-189
                                              New York, New York 10007
                                              (212) 788-0976

                              By: _____
                                 Johana Castro (JC 1809)
                                 Assistant Corporation Counsel
                                 Special Federal Litigation Division

To:    Ronald L. Kuby, Esq.
         David Pressman, Esq.

The Law Office of Ronald L. Kuby
Attorneys for plaintiffs
119 West 23rd Street, Suite 900
New York, NY 10011 (by E.C.F.)

Index No. 07 Civ. 4601 (SAS)(GWG)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE BONGE, DOMINGO BUSTER, DANIEL CANALES, PAUL CASEY, KIMBERLY CLOSSICK, BART DOWLING, LAWRENCE GARCIA, BARBARA HECKMAN, CYNTHIA JORDAN, KEVIN LALKA, BRENDAN MANNING, SCOTT NEWTON, and RICHARD WEST,

Plaintiffs,

-against-

THE CITY OF NEW YORK; and, NEW YORK CITY POLICE DEPARTMENT DETECTIVE JOHN VILLANUEVA; and NEW YORK CITY POLICE DEPARTMENT OFFICIALS JOHN AND JANE DOE 1-50,

Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants City and Villanueva*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Johana Castro*
*Tel: (212) 788-0976*
*NYCLIS No. 2007-017583*

*Due and timely service is hereby admitted.*

*New York, N.Y. ........................................, 200......*

*.................................................................... Esq.*

*Attorney for.................................................................*